UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 2:12-cr-01053-SVW |
| Plaintiff ) | JUDGMENT AND COMMITMENT ORDER on Re-Sentencing pursuant to Mandate of the U.S. Court of Appeals for the Ninth Circuit |
| vs. ) | |
| Gosada Munoz, ) | 9th Circuit Case No. 20-50034 |
| Defendant. ) | |

WHEREAS, on December 10, 2020, came the attorney for the government, David Chao, and the defendant appeared by telephone with appointed counsel, Michael Tanaka.

WHEREAS, on December 10, 2020, the Court convening a re-sentencing hearing for the limited purpose of specifying the length of the term of supervised release it intended to impose when it sentenced appellant on February 10, 2020.

IT IS ADJUDGED, upon the findings of the Court, that upon release from imprisonment, the defendant is placed on supervised release, for a period of twelve (12) months under the same terms and conditions as previously imposed.

The term of imprisonment of twelve (12) months remains as imposed in the Judgment and Commitment Order of the proceeding held on February 13, 2020, attached herein.

/ / /

/ / /

IT IS ORDERED that the Clerk deliver a copy of this judgment modifying supervised release to the U.S. Marshal and the U.S. Probation Office, or other qualified officer.

DATE: December 10, 2020

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

DATE: December 10, 2020

KIRY K. GRAY, CLERK OF COURT

by Paul M. Cruz, Deputy Clerk

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 2:12-cr-01053-SVW |
| Plaintiff ) | JUDGMENT AND COMMITMENT ORDER |
| vs. ) | |
| Gosada Munoz, ) | |
| Defendant. ) | |

WHEREAS, on February 10, 2020, came the attorney for the government, David H. Chao, and the defendant appeared in person with appointed counsel, Paul W. Blake, Jr.; and the Court having held a preliminary revocation of supervised release hearing on the allegations as set forth in the Petition on Probation and Supervised Release filed October 25, 2019.

WHEREAS, on February 10, 2020, the defendant having admitted allegation three, the Court finds that the defendant violated the conditions of the supervised release order imposed on July 18, 2018.

IT IS ADJUDGED, upon the findings of the Court, supervised release is revoked, vacated, and set aside. The defendant is committed to the custody of the Bureau of Prisons for a period of **TWELVE (12) MONTHS**.

Upon release from imprisonment, the defendant is returned to supervised release under the same terms and conditions as previously imposed.

1     IT IS ORDERED that the Clerk deliver a copy of this judgment modifying supervised release
2 to the U.S. Marshal and the U.S. Probation Office, or other qualified officer.

4 DATE: February 13, 2020

                                        STEPHEN V. WILSON
5                                         UNITED STATES DISTRICT JUDGE

7 DATE: February 13, 2020

                                        KIRY K. GRAY, CLERK OF COURT

9                               by _PM Cruz_
                                        Paul M. Cruz, Deputy Clerk